# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| MANUEL ANTUNES, | : | BANKRUPTCY No. 15-16553-mdc |
| Debtor. | : | |
| JUDITH M. ANTUNES, and<br>MANUEL ANTUNES, SR., | : | |
| Plaintiffs, | : | |
| vs. | : | ADV. PROC. NO. 21-00019-mdc |
| EMIGRANT MORTGAGE COMPANY,<br>EMIGRANT RESIDENTIAL, LLC,<br>  f/k/a EMC-LLC,<br>B/Q RETAINED REALTY, LLC,<br>  and RETAINED REALTY, INC., | : | |
| Defendants. | : | |

## STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO ADVERSARY COMPLAINT

**WHEREAS,** plaintiff commenced this action on March 1, 2021; and

**WHEREAS,** defendants Emigrant Mortgage Company, Emigrant Residential, LLC f/k/a EMC-LLC, B/Q Retained Realty, LLC and Retained Realty, Inc. have retained the undersigned attorneys as counsel in this action; and

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their undersigned counsel, that Defendants will have through and including Wednesday, November 24, 2021, to answer or otherwise respond to plaintiff's amended complaint.

9764436.v2

| REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C. | KLEHR HARRISON HARVEY BRANZBURG, LLP |
|---|---|
| By: /s/ Roger V. Ashodian<br>　　Roger V. Ashodian<br>　　Attorney ID #42586<br>　　101 West Chester Pike, Suite 1A<br>　　Havertown, PA 19083<br>　　Attorneys for Plaintiffs | By: /s/ Christopher J. Leavell<br>　　Christopher J. Leavell<br>　　Attorney ID #315125<br>　　1835 Market Street<br>　　Philadelphia, PA  19103<br>　　Attorneys for Defendants |

APPROVED BY THE COURT:

_____
　　　　　　　Chief Judge Magdeline D. Coleman

9764436.v2