**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Manuel Antunes, | : | |
| Debtor. | : | Bankruptcy No.  15-16553-**MDC** |
| | | |
| Manuel Antunes and Judith M. Antunes, | : | |
| Plaintiffs, | : | |
| v. | : | Adversary No.  21-00019-**MDC** |
| Emigrant Mortgage Company, *et al.* | : | |
| Defendants. | : | |

# O R D E R

It is **HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. The Motion to Dismiss is **GRANTED**.

2. The Amended Complaint is **DISMISSED WITH PREJUDICE** for:

    (i) lack of subject matter jurisdiction for Counts I-III and Counts VI-XIII, and

    (ii) the Plaintiffs' lack of standing for Counts IV and V.

Dated:  April 30, 2023

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Roger V. Ashodian, Esquire
Regional Bankruptcy Center of SE PA
101 West Chester Pike, Suite 1A
Havertown, PA 19083

Christopher J. Leavell, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103